**Andrew JACKSON, Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner, Social Security Administration, Appellee.**

No. 03–2119.

United States Court of Appeals,
Eighth Circuit.

Submitted Dec. 2, 2003.

Decided Dec. 10, 2003.

James Warren Stanley, Jr., N. Little Rock, AR, for Plaintiff–Appellant.

Stacey E. McCord, U.S. Attorney's Office, Little Rock, AR, Carmen A. Elias, Office of the General Counsel, Dallas, TX, for Defendant–Appellee.

Before RILEY, McMILLIAN, and SMITH, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Andrew Jackson appeals the district court's[1] order dismissing as time-barred his complaint seeking review of the Commissioner's denial of disability insurance benefits and supplemental security income. Having carefully reviewed the record and the parties' submissions on appeal, we conclude that dismissal was proper, because the complaint was filed more than sixty days after Jackson's attorney received notice of the Commissioner's final decision.

See 42 U.S.C. § 405(g); *Bess v. Barnhart,* 337 F.3d 988, 990 (8th Cir.2003) (per curiam) (limitations period under § 405(g) is triggered by notice received by either claimant or claimant's attorney, whichever occurs first).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.